**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TERRY STEPHENS,** *pro se*,

    **Plaintiff,**

v.                                          Case No. 8:07-cv-1995-T-30MAP

**EROSION CONTAINMENT**
**MANAGEMENT, INC., et al.,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE comes before the Court upon Defendants' Proposed Bill of Costs and supporting affidavit (Dkt. #26) and Memorandum in Support of Bill of Costs (Dkt. #27). On November 26, 2008, Judgment (Dkt. #25) was entered against Plaintiff and in favor of Defendants. Defendants now seek costs in the amount of $93.80. The Court concludes that Defendants are entitled to recover all costs contained in their Proposed Bill of Costs.

It is therefore ORDERED AND ADJUDGED that:

1. Defendants' Proposed Bill of Costs (Dkt. #26) is **GRANTED**.

2. The Clerk is directed to enter a **BILL OF COSTS** against Plaintiff and in favor of Defendants in the amount of **$93.80** for taxable costs.

**DONE** and **ORDERED** in Tampa, Florida on December 9, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2007\07-cv-1995.bill of costs 26.wpd